# THE MCCARTHY LAW FIRM, PLLC

TELEPHONE (212) 626-6755
FACSIMILE (212) 626-6756

E-mail: jmccarthy@mccarthylawny.com

July 5, 2012

**VIA ECF**

HON. LOIS BLOOM
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

> Re:   **Robert L. Shapiro v. The GEO Group, Inc., et al.**
>           **Index No. 11-3375 (BMC) (LB)**

Dear Magistrate Judge Bloom:

I received Your Honor's Order that requested that I look into what can be done with respect to the Settlement Draft that was forwarded to Mr. Shapiro in satisfaction of his claim.  As you noted, this matter has been closed for many months and my file has also been closed.

By way of background, I note to the Court that Mr. Shapiro has been abusive and vulgar during his dealings with the undersigned.  He has left threatening telephone messages and disparaging comments regarding the undersigned and his family.  Despite his conduct, the undersigned endeavored to find a solution to his problem.

At this point, unfortunately, nothing can be done to further assist Mr. Shapiro. The check issued was done so out of a joint account with my client and their TPA.  To undo the transaction would require substantial time and energies by officers of GEO and paperwork that would be unduly burdensome.  Frankly, they have paid the settlement and wish the matter to be closed and remain so.

Finally, I note that Mr. Shapiro has a "friend" who has represented himself as his lawyer.  Perhaps Mr. Shapiro can sign the check over to his counsel and have the check cashed and deposited in an appropriate account.

**Shapiro v. GEO, et al.**
**Index No. 11-3375 (BMC) (LB)**
**Page 2 of 2**


I trust the Court and Mr. Shapiro understand this response and position. Thank you.

Very truly yours,

**THE McCARTHY LAW FIRM, PLLC**

*/s/ John J. McCarthy, III*

John J. McCarthy, III

cc:    Mr. Robert L. Shapiro
        #349-111-6333
        09-09 Hazen Street
        East Elmhurst, NY 11370